■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLOYD MARTIN, Appellant. (Appeal No. 2.) [864 NYS2d 344]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered August 21, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Martin* (55 AD3d 1236 [2008]). Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.